ACCEPTED
14-15-00361-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 2:28:12 PM
CHRISTOPHER PRINE
CLERK

14-15-00361-CV

IN THE FOURTEENTH COURT OF APPEALS
FOR THE DISTRICT OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/25/2015 2:28:12 PM
CHRISTOPHER A. PRINE
Clerk

MICHAEL JOE SORRELL, and
SORRELL FAMILY LTD PARTNERS
Appellants,

v.

ESTATE OF BENJAMIN HARDY CARLTON, III, DECEASED
Appellee,

On Appeal from the 239th District Court, Brazoria County, Texas
Trial Court No. 70579

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

LAW OFFICE OF PATTERSON & EDQUIST
Matthew B. Edquist
matt@patterson-edquist.com
Texas Bar No. 06432500
120 West Myrtle
Angleton, Texas 77515
Telephone: 979-848-3433
Facsimile: 979-848-8307
COUNSEL FOR APPELLEE

**ORAL ARGUMENT REQUESTED**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.59b) and 38.6(d), the Appellee, Estate of Benjamin Hardy Carlton, III, Deceased, files this First Motion to Extend Time to File Appellee's Brief, and in support shows the following:

## I.

Appellee's brief is currently due on August 13, 2015.

## II.

## Length of Extension Sought

Counsel for Appellee requests a 15 day extension of time to file their brief, making the brief due on or before August 28, 2015.

## III.

## Number of Previous Extensions Requested

This is Appellee's first request for an extension.

## IV.

## Reason for Request

Appelee's counsel is a trial attorney with numerous other active cases.

During the days after the brief was filed, counsel was out of his office for two weeks on a previously scheduled vacation.

Respectfully submitted

PATTERSON & EDQUIST

By: _____
Matthew B. Edquist
State Bar No. 06432500
matt@patterson-edquist.com
120 West Myrtle
Angleton, Texas 77515
979-848-3433 office
979-848-8307 fax
Counsel for the Estate of Benjamin
Hardy Carlton, III

CERTIFICATE OF SERVICE

I certify that a copy of the Motion For Extension Of Time To File Appellee's Brief was served on all counsel of record of all parties to this appeal by certified mail, return receipt requested on this ___25___ day of ___August___, 2015.

Lynn J. Klement
Attorney at Law                        _____
P.O. Box 1744                          Matthew B. Edquist
300 North Velasco
Angleton, Texas 77516-1755

## CERTIFICATE OF CONFERENCE

I conferred with opposing counsel Lynn J. Klement on August 23, 2015 and he was not opposed to this Motion For Extension Of Time To File Appellee's Brief.

Lynn J. Klement
Attorney at Law
P.O. Box 1744
300 North Velasco
Angleton, Texas 77516-1755

Matthew B. Edquist